IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, GDC #758572, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO.: 2:19-CV-915-WHA |
| EVERY LAW ENFORCEMENT AGENCY IN USA FEDERAL AND STATE, | ) |
| Respondents. | ) |

# **ORDER**

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the November 21, 2019 Recommendation of the Magistrate Judge (Doc. #4). Upon review of the Recommendation and the objection to the Recommendation filed by the petitioner (Doc. #5), and after an independent review of the file, it is

ORDERED that:

1. The Objection to the Recommendation is OVERRULED;

2. The Recommendation of the Magistrate Judge is ADOPTED;

3. This case is DISMISSED without prejudice for lack of jurisdiction.

A separate Final Judgment will be entered.

DONE this 4th day of December, 2019.

/s/ W. Harold Albritton
SENIORUNITED STATES DISTRICT JUDGE